**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capmark Finance, Inc., formerly known as GMAC Commercial Mortgage Corporation, a California corporation, as Special Servicer for LaSalle Bank National Association, as Trustee of the Morgan Stanley Capital Inc. Commercial Mortgage Pass-Through Certificates Series 2004-HQ3,<br><br>      Plaintiff,<br><br>v.<br><br>Sari Deihl,<br><br>      Defendant. | No. CV 08-468-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Continue Rule 16 Preliminary Pretrial Conference (Doc. 10).  Plaintiff requests this continuance to allow the presence of a Capmark representative with "binding settlement authority" to attend, pursuant to the Court's Rule 16 Scheduling Order (Doc. 9).  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Continue Rule 16 Preliminary Pretrial Conference (Doc. 10).

**IT IS FURTHER ORDERED VACATING** the Rule 16 Preliminary Pretrial Conference set for **Monday, December 8, 2008 at 4:00p.m.**

1   **IT IS FURTHER ORDERED** that the Rule 16 Preliminary Pretrial Conference is
2  rescheduled for **Wednesday, January 14, 2009 at 4:00p.m.**
3   DATED this 10th day of November, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge