**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capmark Finance, Inc., formerly known as GMAC Commercial Mortgage Corporation, a California corporation, as Special Servicer for LaSalle Bank National Association, as Trustee of the Morgan Stanley Capital Inc. Commercial Mortgage Pass-Through Certificates Series 2004-HQ3,<br><br>             Plaintiff,<br><br>v.<br><br>Sari Deihl,<br><br>             Defendant. | No. CV 08-00468-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation to File First Amended Complaint (Doc. 15).  Pursuant to Federal Rule of Civil Procedure 15(a), the parties agree that Plaintiff Capmark Finance Inc. may file its First Amended Complaint lodged with the Court.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Stipulation to File First Amended Complaint (Doc. 15).

**IT IS FURTHER ORDERED** that the Clerk shall file Plaintiff's First Amended Complaint (Doc. 16).

DATED this 19th day of December, 2008.

_____
Stephen M. McNamee
United States District Judge