**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capmark Finance, Inc., formerly known as GMAC Commercial Mortgage Corporation, a California corporation, as Special Servicer for LaSalle Bank National Association, as Trustee of the Morgan Stanley Capital Inc. Commercial Mortgage Pass-Through Certificates Series 2004-HQ3,<br><br>    Plaintiff,<br><br>v.<br><br>Sari Deihl,<br><br>    Defendant. | No. CV 08-468-PHX-SMM<br><br>**ORDER** |

The Court held a Scheduling Conference on January 14, 2009, where the Court set case management deadlines that will govern the case. Also at the Conference, the parties agreed to attempt an early resolution of the case in light of the current circumstances of the parties in this lawsuit and collateral lawsuits. As such, Plaintiff requested that Defendant turn over certain financial information to them, including a list of all asset transfers for the prior three years, tax returns for the prior three years, and a current verified financial statement. Plaintiff believed such information will aid the parties' settlement efforts. The Defendant agreed that the early disclosure of some financial information would be helpful, but was reluctant to disclose all of her financial circumstances in light of claims in the collateral lawsuits.

1   The Court recognizes that such financial information normally is not produced
2   until the later phase of discovery. However, the Court finds that an accelerated
3   production of certain financial information promotes settlement negotiations by the
4   parties and a possible early resolution of this case.
5   Good cause appearing,
6   **IT IS HEREBY ORDERED** that Defendant is ordered to turn over the following
7   financial information to Plaintiff by **Friday, January 30, 2009**: (1) a list of all asset
8   transfers by Defendant for the prior three years; (2) Defendant's tax returns for the prior
9   three years; and (3) a verified financial statement.
10  **IT IS FURTHER ORDERED** that Plaintiff is to review the financials provided
11  by Defendant and provide a response regarding the possibility of settlement discussions
12  by **Friday, February 20, 2009**.
13  DATED this 15th day of January, 2009.

Stephen M. McNamee
United States District Judge