**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capmark Finance, Inc., formerly known as GMAC Commercial Mortgage Corporation, a California corporation, as Special Servicer for LaSalle Bank National Association, as Trustee of the Morgan Stanley Capital Inc. Commercial Mortgage Pass-Through Certificates Series 2004-HQ3,<br><br>      Plaintiff,<br><br>v.<br><br>Sari Deihl,<br><br>      Defendant. | No. CV 08-00468-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties' stipulation (Doc. 23),

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

**IT IS FURTHER ORDERED** that the Final Pre-Trial Conference scheduled for October 15, 2009 is **VACATED**.

DATED this 12th day of May, 2009.

_____
Stephen M. McNamee
United States District Judge